# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BRIAN FELIX,                                        1:09-cv-0223 GSA (HC)

                Petitioner,

                                  ORDER AUTHORIZING
   vs.                           IN FORMA PAUPERIS STATUS

J.D. HARTLEY,

                Respondent.

_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.


     IT IS SO ORDERED.

**Dated:   March 10, 2009**            **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE