UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN FELIX, | ) | 1:09-CV-00223 GSA HC |
|       Petitioner, | ) | |
| v. | ) | ORDER DENYING PETITIONER'S REQUEST FOR JUDICIAL NOTICE |
| J. D. HARTLEY, | ) | (Doc. #12) |
|       Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 29, 2009, Petitioner filed a request for this Court to take judicial notice of the district court's decision in Saldate v. Adams, 573 F.Supp.2d 1303 (2008). This Court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc., 971 F.2d 244 (9th Cir.1992); see also MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th cir. 1980). Petitioner points to the facts in Saldate as sharing some similarities to his case. However, the facts in Saldate are unique to that case and have no direct relation to this case. Accordingly, Petitioner's request for judicial notice is DENIED.

      IT IS SO ORDERED.

      Dated: **July 7, 2009**     /s/ **Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE